IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALFONSO LUNA DE JESUS, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-2073-DAE |
| | § | |
| BLANCHE, *et al*., | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

ORDER FOR SUPPLEMENTAL BRIEFING FROM PETITIONER

Before the Court is Petitioner Alfonso Luna de Jesus's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. # 1) and Federal Respondents' Response (Dkt. # 5). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before 12:00 p.m. on September 16, 2026**, Petitioner shall file supplemental briefing with answers to the following question:

1. The Petition's attachments indicate that an appeal was pending before the BIA.. Petitioner shall inform the Court of the status of those proceedings and if any final decision has been issued.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 14, 2026.

________________________________________
David Alan Ezra
Senior United States District Judge